IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:00CR47

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| KEVIN JEROME MORRIS. | ) | |
| | ) | |

**THIS MATTER** is before the court upon the government's Motion to Dismiss. Having considered the government's Motion to Dismiss and reviewed the pleadings, and it appearing that good cause has been shown for the relief sought, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss (#180) is **GRANTED,** and the Petition for Warrant for Offender Under Supervision is **DISMISSED** and the warrant thereupon issued is **STRICKEN.**

Signed: March 5, 2010

Dennis L. Howell
United States Magistrate Judge